**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-01025-PAB-BNB

VIDEO PROFESSOR, INC., a Colorado corporation,

    Plaintiff,

v.

DEAN GRAZIOSI, et al.,

    Defendants.

**ORDER OF RECUSAL**

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Dean Graziosi. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED May 18, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge