IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01025-RPM-BNB

VIDEO PROFESSOR, INC.,

       Plaintiff,

v.

DEAN GRAZIOSI,
RYAN PATTEN a/k/a RYAN JACKSON,
MICHAEL SAVAGE,
EDWARD JOHNSON,
THE TAX CLUB, INC.,
INFOMERCIAL CONSUMER AWARENESS, INC.,
JUSTIN LEONARD,
LEONARD FITNESS, INC.,
JOHN DOES 1-10, all whose true names are unknown,
All the above d/b/a INFOMERCIALSCAMS. COM,

       Defendants.

_____

ORDER VACATING ORDER OF REFERENCE
_____

       Upon reassignment of this case and this Court's case management procedures, it is

       ORDERED that the Order of Reference to United States Magistrate Judge Boyd N. Boland is vacated.

       DATED:   May 22nd, 2009

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge