IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01025-RPM

VIDEO PROFESSOR, INC.,

        Plaintiff,
v.

DEAN GRAZIOSI,
RYAN PATTEN a/k/a RYAN JACKSON,
INFOMERCIAL CONSUMER AWARENESS, INC.,
JUSTIN LEONARD,
LEONARD FITNESS, INC.,
JOHN DOES 1-10, all whose true names are unknown,
All the above d/b/a INFOMERCIALSCAMS. COM,

        Defendants.
_____

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR
EXPEDITED DISCOVERY
_____

        Upon consideration of plaintiff's motions for extension of time to respond to the complaint and motions [Docs. 23 & 25], filed on June 25, 2009, and the motion to extend time to respond to pending motions for preliminary injunction and expedited discovery [Doc. 24], filed on June 25, 2009, by defendants Justin Leonard and Leonard Fitness, Inc., it is

        ORDERED that Defendants Dean Graziosi, Infomercial Consumer Awareness, Inc., and Ryan Patten a/k/a Ryan Jackson are granted an extension of time, to and including July 7, 2009, to respond to the complaint, motion for preliminary injunction and motion for expedited discovery.  It is

FURTHER ORDERED that the motion of Defendants Justin Leonard and Leonard Fitness, Inc, for an extension of time to respond to the motion for a preliminary injunction and the motion for expedited discovery complaint is granted. These two defendants shall respond to these motions no later than July 17, 2009.

DATED:   June 30th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge