IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01025-RPM

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

DEAN GRAZIOSI, an individual;
RYAN PATTEN a/k/a RYAN JACKSON, an individual;
INFOMERCIAL CONSUMER AWARENESS, INC., a Nevada corporation;
JUSTIN LEONARD, an individual;
LEONARD FITNESS, INC., a Nevada corporation;
JOHN DOES 1-10, all whose true names are unknown;
All the above d/b/a INFOMERCIALSCAMS.COM,

Defendants.
_____

## NOTICE OF DISMISSAL
_____

Plaintiff Video Professor, Inc., by and through undersigned counsel, advises the Court that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff notices the dismissal with prejudice of Defendants Dean Graziosi, Ryan Patten a/k/a Ryan Jackson, and Infomercial Consumer Awareness, Inc. Plaintiff has reached a settlement with these Defendants and these Defendants do not oppose the dismissal of this action as to them.

Respectfully submitted this 7th day of July, 2009.

s/ *Gregory C. Smith*
Gregory C. Smith
Kieran A. Lasater
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone: (303) 830-2400
Facsimile: (303) 830-1033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2009, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following email addresses and/or was sent via U.S. Mail, postage prepaid as indicated:

Randall H. Miller
Holme, Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
randy.miller@hro.com

Gregory E. Goldberg
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, CO 80201-8749
ggoldberg@hollandhart.com

Barry D. Roseman
McNamara, Roseman, Martinez & Kazmierski, LLP
1740 East 18th Avenue, Suite 1607
Denver, Colorado 80218
bdr@18thavelaw.com

Scott T. Ashby
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
sta@jaburgwilk.com

Paul Alan Levy
Public Citizen Litigation Group
1800 20th Street, N.W.
Washington, D.C. 20009-1001
plevy@citizen.org

Stanford B. Owen (via U.S. Mail)
2174 East Parkway Avenue
Salt Lake City, Utah 84109

                                                  *s/ Gregory C. Smith*
                                                  Gregory C. Smith