**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01025-RPM

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

DEAN GRAZIOSI, an individual;
RYAN PATTEN a/k/a RYAN JACKSON, an individual;
INFOMERCIAL CONSUMER AWARENESS, INC., a Nevada corporation;
JUSTIN LEONARD, an individual;
LEONARD FITNESS, INC., a Nevada corporation;
JOHN DOES 1-10, all whose true names are unknown;
All the above d/b/a INFOMERCIALSCAMS.COM,

Defendants.

_____

**STIPULATED NOTICE OF DISMISSAL**
_____

Plaintiff Video Professor, Inc. and Defendants Justin Leonard and Leonard Fitness, Inc., hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above action, all other defendants having been previously dismissed.  Defendants Justin Leonard and Leonard Fitness, Inc. reserve the right to file a motion for an award of attorney fees and/or a bill of costs.

Dated:  July 8, 2009.

s/ Gregory C. Smith
Gregory C. Smith
Kieran A. Lasater
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone:  (303) 830-2400
Facsimile:  (303) 830-1033
gsmith@fwlaw.com, klasater@fwlaw.com

ATTORNEYS FOR VIDEO PROFESSOR, INC.

*s/  Paul Levy*
Paul Levy
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
Telephone:  (202) 588-1000
plevy@citizen.org

and


*s/   Barry D. Roseman*
Barry D. Roseman
McNamara, Roseman Martinez &
Kazmierski, LLP
1640 East 18th Avenue
Denver, CO 80218
Telephone:  (303) 333-8700
bdr@18thavelaw.com

ATTORNEYS FOR DEFENDANTS
JUSTIN LEONARD and LEONARD
FITNESS, INC.