IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01025-RPM

VIDEO PROFESSOR, INC.,

      Plaintiff,

v.

DEAN GRAZIOSI,
RYAN PATTEN a/k/a RYAN JACKSON,
INFOMERCIAL CONSUMER AWARENESS, INC.,
JUSTIN LEONARD,
LEONARD FITNESS, INC.,
JOHN DOES 1-10, all whose true names are unknown,
All the above d/b/a INFOMERCIALSCAMS. COM,

      Defendants.
_____

ORDER FOR DISMISSAL
_____

Upon review of the Notice of Dismissal of Defendants Dean Graziosi, Ryan Patten d/k/a Ryan Jackson, and Infomercial Consumer Awareness, Inc. [27] and the Stipulated Notice of Dismissal of Defendants Justin Leonard and Leonard Fitness, Inc. [28], it is

      ORDERED that this action is dismissed.

      DATED:   July 9th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge